L. Eric Dowell, SBN 011458
Caroline Larsen, SBN 022547
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602.778.3700
Fax:  602.778.3750
eric.dowell@ogletreedeakins.com
caroline.larsen@ogletreedeakins.com

Attorneys for Defendant Smith's Food & Drug
Centers, Inc., dba Fry's Food Stores

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jawad Alkahalloufi, | No. |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Smith's Food & Drug Centers, Inc., an Arizona Corporation, dba Fry's Food Stores ("Fry's"), | |
| Defendant. | |

To the Clerk of the Court:

PLEASE TAKE NOTICE that Defendant Smith's Food & Drug Centers, Inc., dba Fry's Food Stores hereby removes to this Court the state court action described below.

On September 27, 2010, Plaintiff Jawad Alkahalloufi ("Plaintiff") filed a Complaint in the Superior Court of the State of Arizona, County of Maricopa.  The action is captioned *Jawad Alkahalloufi v. Smith's Food & Drug Centers, Inc., an Arizona Corporation, dba Fry's Food Stores ("Fry's")*, Case No. CV2010-027856.  Plaintiff filed a First Amended Complaint on February 15, 2011.  Smith's Food & Drug Centers, Inc. was served with a copy of the First Amended Complaint and Summons on February 14,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602.778.3700

2011. Defendant is filing this Notice within thirty (30) days of its receipt of these documents.

By signing below, counsel for Smith's Food & Drug Centers, Inc. verifies that a true and correct copy of the First Amended Complaint served upon the Defendant is attached hereto as Exhibit "A." Aside from the First Amended Complaint, Summons and Certificate of Compulsory Arbitration, there have not been any other forms of process, pleadings, or orders served on the Defendant in this matter.

This is a civil action in which Plaintiff claims that Defendant violated federal statutes, specifically Title VII of the Civil Rights Act of 1964 as amended ("Title VII") and 42 U.S.C. § 1981, by engaging in alleged discriminatory and retaliatory conduct. Accordingly, removal is authorized by 28 U.S.C. § 1331.

Defendant served a copy of this Notice on Plaintiff's counsel. Defendant also filed a copy of this Notice with the clerk of Superior Court of the State of Arizona, County of Maricopa, from where the action is being removed, pursuant to Rule 3.7(a), Local Rules of the United States District Court for the District of Arizona. A copy of the Notice filed with the state court clerk is attached hereto as Exhibit "B."

This Notice is signed pursuant to Rule 11, Federal Rules of Civil Procedure, as required by Local Rule 3.7(a).

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602.778.3700

RESPECTFULLY SUBMITTED this 16th day of March, 2011.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:    s/ Caroline Larsen
       L. Eric Dowell
       Caroline Larsen
       Esplanade Center III, Suite 800
       2415 East Camelback Road
       Phoenix, AZ  85016
       Attorneys for Defendant Smith's Food &
       Drug Centers, Inc., dba Fry's Food Stores

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

AND a copy of the foregoing
document was served by mailed this
same day on:

Michelle L. Kunzman
Gillespie Shields & Durrant
7319 North 16th Street, Suite 100
Phoenix, Arizona 85020-5262

Attorney for Plaintiff


s/ Eva Pintor

9935832.1 (OGLETREE)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602.778.3700

4