**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office.

Additional sheets may be used as necessary.

1. **Style of the Case:**

    Please include all Plaintiff(s), Defendant(s), Interventor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

    | Party | Party Type | Attorney(s) |
    |---|---|---|
    | Jawad Alkahalloufi | Plaintiff | Michelle Kunzman<br>Gillespie Shields & Durrant<br>7319 N. 16th Street, Suite 100<br>Phoenix, AZ 85020 |
    | Smith's Food & Drug Centers, Inc., dba Fry's Food Stores | Defendant | L. Eric Dowell<br>Caroline Larsen<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2415 E. Camelback Rd., Ste. 800<br>Phoenix, AZ 85016<br>(602) 778-3700 |

2. **Jury Demand:**

    Was a Jury Demand made in another jurisdiction?    **YES**

    If "Yes," by which party and on what date?    **Plaintiff – February 15, 2011**

3. **Answer:**

    Was an Answer made in another jurisdiction?    **NO**

    If "Yes," by which party and on what date?

4. **Served Parties:**

    The following parties have been served at the time this case was removed:

|  | Party | Date Served | Method of Service |
|---|---|---|---|
|  | Smith's Food & Drug Centers, Inc. dba Fry's Food Stores ("Fry's") | February 14, 2011 | Personal Service |

5. **Unserved Parties:**

   NONE

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

   **NONE**

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Jawad Alkahalloufi | Racial Discrimination in violation of 42 U.S.C. § 1981 and retaliation in violation of Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C. § 2000e-3(a) |

**PURSUANT TO 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

9936014.1 (OGLETREE)